UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2018 FEB 22 P 5: 24
U.S. DISTRICT COURT
NEW HAVEN, CT.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:18CR31 (JAM) |
| v. | : | VIOLATION: |
| VANESSA VENCE-SMALL | : | 18 U.S.C. § 1343 (Wire Fraud) |

### INFORMATION

The United States Attorney charges:

### COUNT ONE
(Wire Fraud)

#### The Defendant – Vanessa Vence-Small

1.  From on or about August 25, 2014, to on or about June 20, 2017, the defendant, VANESSA VENCE-SMALL, was the controller of Felix F. Callari, Inc., doing business as Continental BMW of Darien ("Callari").

#### Felix F. Callari, Inc.

2.  Callari owns and operates a BMW automobile dealership located at 140 Ledge Road, Darien, Connecticut. To operate the dealership, Callari maintains and uses a business account with First County Bank in Connecticut.

#### The Scheme and Artifice

3.  From approximately October 2014 through approximately June 2017, the exact dates being unknown to the United States Attorney, in the District of Connecticut and elsewhere, VENCE-SMALL knowingly and willfully devised, intended to devise, and participated in a scheme and artifice to defraud Callari, and to obtain money by means of materially false and fraudulent pretenses, representations, and promises.

### The Purpose of the Scheme

4. The purpose of the scheme and artifice to defraud was for VENCE-SMALL to enrich herself by defrauding Callari out of money by means of materially false and fraudulent pretenses, representations, and promises.

### Manner and Means of the Scheme

5. The manner and means by which VENCE-SMALL sought to and did accomplish the scheme included, among other things, the following:

6. As Callari's controller, VENCE-SMALL had regular access to the company's business account with First County Bank in Connecticut.

7. It was part of the scheme and artifice to defraud that, on a regular and consistent basis, VENCE-SMALL electronically caused to be transferred, primarily via telephone, money via interstate wire from Callari's business account with First County Bank to pay VENCE-SMALL's personal American Express credit card bill.

8. It was further part of the scheme and artifice to defraud that, on a regular and consistent basis, VENCE-SMALL issued and signed checks drawn on Callari's business account to pay her and other individuals' personal expenses.

9. On or about April 21, 2017, for the purpose of executing and attempting to execute the aforesaid scheme and artifice to defraud, VENCE-SMALL knowingly caused First County Bank to wire $18,567.00 from Callari's business account in Connecticut to American Express, which processed the payment in North Carolina.

All in violation of Title 18, United States Code, Section 1343.

UNITED STATES OF AMERICA

_____
JOHN H. DURHAM
UNITED STATES ATTORNEY

_____
HAROLD H. CHEN
ASSISTANT UNITED STATES ATTORNEY